AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

DON DUPRISE WHITE,

     Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:05-cv-00055-LRH-VPC**

E.D. BONNER, et al.,

     Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED.**


  Marchc 4, 2004                                       **LANCE S. WILSON**
                                                                                    Clerk

                                                                       /s/ Katie Lynn Ogden
                                                                         Deputy Clerk